# EXHIBIT B

**DRAFT - 7/24/2026**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ )<br>LARRY PATTERSON and TAMMY )<br>PATTERSON, )<br> )<br>　　　　　　　Plaintiffs, )<br> )<br>v. )<br> )<br>COVIDIEN LP and SOFRADIM )<br>PRODUCTION SAS, )<br> )<br>　　　　　　　Defendants. )<br>_____ ) | Civil Action<br>No. 22-cv-10153-PBS |

**VERDICT FORM**

**[DATE]**

Saris, J.

　　We, the jury, unanimously return the following verdict:

**Product Liability**

1.　(a) Did Plaintiff Larry Patterson ("Mr. Patterson") prove that Defendants Covidien LP and Sofradim Production SAS (together, "Covidien") defectively designed the Symbotex mesh?

　　　　　　　　　　Yes _____　No _____

　(b) If you found in Question 1(a) that Covidien defectively designed the Symbotex mesh, did Mr. Patterson prove that the Symbotex mesh's defective design caused him harm?

　　　　　　　　　　Yes _____　No _____

1

**DRAFT - 7/24/2026**

2.    (a) Did Mr. Patterson prove that Covidien failed to provide an adequate warning about a danger related to the Symbotex mesh?

                                        Yes _____    No _____


      (b) If you found in Question 2(a) that Covidien failed to provide an adequate warning about a danger related to the Symbotex mesh, did Mr. Patterson prove that Covidien's failure to warn caused him harm?

                                        Yes _____    No _____

**DRAFT - 7/24/2026**

**<u>Negligence</u>**

3.    (a)  Did  Mr.  Patterson  prove  that  Covidien  negligently designed the Symbotex mesh?

                                                    Yes _____    No _____

(b) If you found in Question 3(a) that Covidien negligently designed the Symbotex mesh, did Mr. Patterson prove that Covidien's negligent design caused him harm?

                                                    Yes _____    No _____

4.    (a) Did Mr. Patterson prove that Covidien negligently warned or failed to warn about a danger related to the Symbotex mesh?

                                                    Yes _____    No _____

(b) If you found in Question 4(a) that Covidien negligently warned or failed to warn about a danger related to the Symbotex mesh, did Mr. Patterson prove that Covidien's negligent warning or failure to warn caused him harm?

                                                    Yes _____    No _____

**DRAFT - 7/24/2026**

**Wantonness**

5.    (a) Did Mr. Patterson prove that Covidien committed wanton conduct with respect to the Symbotex mesh?

                    Yes _____    No _____

    (b) If you found in Question 5(a) that Covidien committed wanton conduct with respect to the Symbotex mesh, did Mr. Patterson prove that Covidien's wanton conduct caused him harm?

                    Yes _____    No _____

4

**DRAFT - 7/24/2026**

**Breach of Implied Warranty of Merchantability**

6.    (a) Did Mr. Patterson prove that Covidien breached the implied warranty of merchantability with respect to the Symbotex mesh?

Yes _____    No _____

(b) If you found in Question 6(a) that Covidien breached the implied warranty of merchantability with respect to the Symbotex mesh, did Mr. Patterson prove that Covidien's breach caused him harm?

Yes _____    No _____

**DRAFT - 7/24/2026**

### False Statements and Fraud

7.  (a) Did Mr. Patterson prove that Covidien either intentionally or recklessly made a false statement about the Symbotex mesh?

Yes _____    No _____

(b) If you found in Question 7(a) that Covidien either intentionally or recklessly made a false statement about the Symbotex mesh, did Mr. Patterson prove that Covidien's false statement caused him harm?

Yes _____    No _____

8.  (a) Did Mr. Patterson prove that Covidien by mistake and innocently made a false statement about the Symbotex mesh?

Yes _____    No _____

(b) If you found in Question 8(a) that Covidien by mistake and innocently made a false statement about the Symbotex mesh, did Mr. Patterson prove that Covidien's false statement caused him harm?

Yes _____    No _____

9.  (a) Did Mr. Patterson prove that Covidien concealed an important fact about the Symbotex mesh?

Yes _____    No _____

(b) If you found in Question 9(a) that Covidien concealed an important fact about the Symbotex mesh, did Mr. Patterson prove that Covidien's concealment caused him harm?

Yes _____    No _____

6

DRAFT - 7/24/2026

**Unavoidably Unsafe Doctrine**

10.  Did Covidien prove that the Symbotex mesh is an unavoidably unsafe product?

Yes _____    No _____

**DRAFT - 7/24/2026**

**Damages**

**If you answered "Yes" to Questions 2(b), 4(b), 5(b), 6(b), 7(b), 8(b), and/or 9(b), please proceed to answer Questions 11 and 12. If you answered "No" to Question 10 and "Yes" to Questions 1(b) and/or 3(b), please also proceed to answer Questions 11 and 12. Otherwise, your deliberations are complete.**

11.  Enter below the amount of damages you believe will fairly and reasonably compensate Mr. Patterson for the harm caused by Covidien's unlawful conduct:

$ _____
                                    (in numbers)


_____
                                    (in words)


12.  Enter below the amount of damages you believe will fairly and reasonably compensate Plaintiff Tammy Patterson for any loss of consortium:

$ _____
                                    (in numbers)


_____
                                    (in words)


**If you awarded Mr. Patterson any amount of compensatory or nominal damages in Question 11, please answer Question 13. Otherwise, your deliberations are complete.**

13.  (a) Did Mr. Patterson prove by clear and convincing evidence that punitive damages should be awarded against Covidien?

Yes _____    No _____

8

**DRAFT - 7/24/2026**

(b) If you found in Question 13(a) that Mr. Patterson has proven by clear and convincing evidence that punitive damages should be awarded against Covidien, enter below the amount of punitive damages you award to Mr. Patterson.

$ _____

                      (in numbers)

_____

                      (in words)

**I certify that the answers to the above questions are unanimous.**

**Foreperson Name (Please Print):**

_____

**Foreperson Signature:**

_____

**Date Jury Reached Verdict:**

_____