**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LARRY PATTERSON and TAMMY PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> COVIDIEN LP and SOFRADIM PRODUCTION SAS, <br><br> Defendants. | Civil Action <br> No. 22-cv-10153-PBS |

<u>**VERDICT FORM**</u>

July 30, 2026

Saris, J.

We, the jury, unanimously return the following verdict:

**<u>Negligent Warning</u>**

1.  (a) Did Mr. Patterson prove that Covidien negligently warned or failed to warn about a danger related to the Symbotex mesh?

    Yes __✓__   No _____

    (b) If you found in Question 1(a) that Covidien negligently warned or failed to warn about a danger related to the Symbotex mesh, did Mr. Patterson prove that Covidien's negligent warning or failure to warn caused him harm?

    Yes __✓__   No _____

1

**False Statements and Fraud**

2.    (a) Did Mr. Patterson prove that Covidien either intentionally or recklessly made a false statement about the Symbotex mesh?

Yes _____    No \_\_\_√\_\_\_\_\_

(b) If you found in Question 2(a) that Covidien either intentionally or recklessly made a false statement about the Symbotex mesh, did Mr. Patterson prove that Covidien's false statement caused him harm?

Yes _____    No _____

**Answer Question 3 only if you answered "No" to Question 2(a). Otherwise, please proceed to Question 4.**

3.    (a) Did Mr. Patterson prove that Covidien by mistake and innocently made a false statement about the Symbotex mesh?

Yes \_\_\_√\_\_\_\_    No _____

(b) If you found in Question 3(a) that Covidien by mistake and innocently made a false statement about the Symbotex mesh, did Mr. Patterson prove that Covidien's false statement caused him harm?

Yes \_\_\_√\_\_\_\_    No _____

4.    (a) Did Mr. Patterson prove that Covidien concealed an important fact about the Symbotex mesh?

Yes \_\_\_√\_\_\_\_    No _____

(b) If you found in Question 4(a) that Covidien concealed an important fact about the Symbotex mesh, did Mr. Patterson prove that Covidien's concealment caused him harm?

Yes \_\_\_√\_\_\_\_    No _____

2

## Damages and Loss of Consortium

**Answer Questions 5 and 6 only if you answered "Yes" to any of Questions 1(b), 2(b), 3(b), and/or 4(b). Otherwise, your deliberations are complete.**

5.  Enter below the amount of damages you believe will fairly and reasonably compensate Mr. Patterson for the harm caused by Covidien's unlawful conduct:

    $ _77,000,000_

    (in numbers)

    _Seventy Seven Million_

    (in words)

6.  (a) Did Plaintiff Tammy Patterson ("Mrs. Patterson") prove that Covidien's unlawful conduct caused her a loss of consortium?

    Yes __✓__  No _____

    (b) If you answered "Yes" to Question 6(a), enter below the amount of damages you believe will fairly and reasonably compensate Mrs. Patterson for the loss of consortium caused by Covidien's unlawful conduct:

    $ _11,000,000_

    (in numbers)

    _Eleven Million_

    (in words)

3

Answer Question 7 only if you awarded Mr. Patterson any amount of compensatory damages in Question 5. Otherwise, your deliberations are complete.

7.    (a) Did Mr. Patterson prove by clear and convincing evidence that punitive damages should be awarded against Covidien?

Yes _____    No \_\_\_✓\_\_\_\_

(b) If you found in Question 7(a) that Mr. Patterson has proven by clear and convincing evidence that punitive damages should be awarded against Covidien, enter below the amount of punitive damages you award to Mr. Patterson.

$ _____
(in numbers)

_____
(in words)

I certify that the answers to the above questions are unanimous.

Foreperson Name (Please Print):

Michael L Brown

Foreperson Signature:

Date Jury Reached Verdict:

August 4th, 2026

4