UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Larry Patterson & Tammy Patterson

Plaintiffs

v.

Covidien LP and Sofradim Production SAS                 CIVIL ACTION NO. 22cv10153-PBS

Defendants

## JUDGMENT IN A CIVIL CASE

**XX**          **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____          **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**-Judgment is hereby entered for the Plaintiff Larry Patterson in the amount of $77,000,000**

**Judgment is hereby entered for the Plaintiff Tammy Patterson in the amount of $11,000,000**

Robert M . Farrell
Clerk of Court

/s/ M. Molloy
Deputy Clerk

Dated: 8/7/2026

[jgm.]